**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1404**

---

MOSES SWEENEY,

                                        Plaintiff - Appellant,

        versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Jillyn K. Schulze, Magistrate Judge.  (CA-
97-1631-AW)

---

Submitted:  June 23, 1998          Decided:  July 29, 1998

---

Before WIDENER and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Moses Sweeney, Appellant Pro Se.  Kenneth DiVito, SOCIAL SECURITY
ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Moses J. Sweeney appeals the magistrate judge's order and memorandum opinion affirming the Commissioner's decision denying his application for disability insurance benefits.[*] We have reviewed the record and the magistrate judges's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Sweeney v. Apfel</u>, CA-97-1631-AW (D. Md. Jan. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c)(2) (1994).

2